MARSHALL J. ROOT, as Administrator of the Estate of JOHN B. CROSBY, Deceased, Respondent, v. LONDON GUARANTEE AND ACCIDENT COMPANY, LIMITED, Appellant.

*Root* v. *London Guarantee & Accident Co.*, 92 App. Div. 578, affirmed.
(Argued December 15, 1904; decided January 17, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 17, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Frank Gibbons* for appellant.

*Edward M. Sheldon* and *Louis L. Babcock* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

THE CITY OF NEW YORK, Respondent, v. THE TRUSTEES OF THE SAILORS' SNUG HARBOR IN THE CITY OF NEW YORK, Appellant.

*City of New York* v. *Trustees, etc.*, 85 App. Div. 355, affirmed.
(Submitted December 16, 1904; decided January 17, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 27, 1903, in favor of plaintiff, upon the submission of a controversy under sections 1279–1281 of the Code of Civil Procedure.

*Lewis L. Delafield* for appellant.

*John J. Delany*, Corporation Counsel (*Theodore Connoly* of counsel), for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, VANN and WERNER, JJ. Absent: HAIGHT, J.